UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ABDELOUAHAB BOUCHERAFA,

Petitioner,

v.

WARDEN, MESA VERDE DETENTION CENTER,

Respondent.

No.  1:26-cv-01418-DAD-SCR (HC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS

(Doc. Nos. 1, 7, 15)

Petitioner Abdelouahab Boucherafa is a federal immigration detainee proceeding through counsel with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 21, 2026, the assigned magistrate judge issued findings and recommendations recommending that petitioner's petition for writ of *habeas corpus* (Doc. No. 1) be denied without prejudice.  (Doc. No. 10.)  Specifically, the assigned magistrate judge concluded that the action was now moot because petitioner had conceded that he was no longer being held in violation of due process after being afforded a bond hearing, the exact relief sought in the petition.  (*Id.* at 2–3.)  The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within seven (7) days after service.  (*Id.* at 3.)  To

1

date, no objections to the findings and recommendations have been filed and the deadline to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

For the reasons above,

1.   The findings and recommendations filed on April 21, 2026 (Doc. No. 15) are ADOPTED IN FULL;

2.   Petitioner's petition for writ of *habeas corpus* (Doc. No. 1), is DISMISSED without prejudice;

3.   Respondent's motion to dismiss (Doc. No. 7) is GRANTED; and

4.   The Clerk of the Court is directed to enter judgment and to close this case.

IT IS SO ORDERED.

Dated:   **May 29, 2026**                          _____

DALE A. DROZD
UNITED STATES DISTRICT JUDGE